IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE D. MEEKS,

    Petitioner,                            No. 2:12-cv-1070 EFB P

    vs.

SALINAS VALLEY STATE PRISON,

    Respondent.                         ORDER

                                    /

        Petitioner is a state prisoner proceeding without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This case is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4). Petitioner seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). Dckt. No. 2. Petitioner has submitted an affidavit in support of his application to proceed *in forma pauperis*, as required by 28 U.S.C. § 1915(a)(1). *Id.*

        Pursuant to federal statute, a filing fee of $5.00 is required to commence a habeas action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action without prepayment of fees and costs or security therefor, by a person who submits an affidavit showing that he is unable to pay such costs or give security therefor. 28 U.S.C. § 1915(a)(1). An *in forma pauperis* applicant must demonstrate that because of his poverty, he

1

1 cannot meet court costs and still provide himself and his dependents with the necessities of life.
2 *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (affidavit is sufficient if
3 it represents that the litigant is "unable to pay for the court fees and costs, and to provide
4 necessities for himself and his dependents") (citing *Adkins v. E.I. Du Pont de Nemours & Co.*,
5 335 U.S. 331, 339-40 (1948); *see also Sears, Roebuck & Co. v. Charles W. Sears Real Estate,*
6 *Inc.*, 865 F.2d 22, 23 (2d Cir. 1988) (denying *in forma pauperis* status where applicant had a net
7 income of approximately $20,000).

8 Petitioner's affidavit indicates that he is currently incarcerated and that he has $4,293.53
9 in a checking or savings account. *Id.* Based on these averments, the court finds that petitioner
10 has failed to demonstrate that he has insufficient funds to pay the filing fee and costs and provide
11 the necessities of life for himself.

12 Accordingly, it is hereby ORDERED that petitioner's application to proceed *in forma*
13 *pauperis* is DENIED, and that petitioner is given thirty days in which to pay the filing fee of
14 $5.00. Failure to pay the filing fee will result in dismissal of this action.

15 DATED: October 26, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2