IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE D. MEEKS,

       Petitioner,                    No. 2:12-cv-1070 AC P

   vs.

Warden, SALINAS VALLEY STATE PRISON,

       Respondent.               <u>ORDER</u>

_____/

        By order filed on October 26, 2012, petitioner's in forma pauperis application was denied and he was directed to pay, within thirty days, the $5.00 filing because his in forma pauperis affidavit had failed to demonstrate an insufficiency of funds for him to afford the filing fee, costs and his life necessities. Petitioner was therein cautioned that failure to pay the filing fee would result in dismissal of this action.

        Petitioner has now requested an extension of time to submit the filing.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's November 28, 2012 (docket # 8) request for an extension of time to pay the filing fee is granted; and

\\\\\

1

       2. Petitioner shall submit the $5.00 filing fee within thirty days from the date of this order.

DATED: November 30, 2012

                              /s/ Allison Claire
                              ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE

AC:009
meek1070.111